IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ELLIOTT STAINMAN | ) | Case No. 3:15-PO-00063 |
| ARYEH NESS | ) | Case No. 3:15-PO-00064 |
| CHANDLER PIERCE | ) | Case No. 3:15-PO-00065 |
| JORDAN KATZ | ) | Case No. 3:15-PO-00066 |

**O R D E R**

Having considered the Unites States' Unopposed Motion to Dismiss Cases, all applicable laws, and there being no opposition thereto, the Court hereby

GRANTS the Motion, and

ORDERS the dismissal of these cases without prejudice.

The Clerk of this Court at CHARLOTTESVILLE, Virginia shall provide a copy of this Order to each of the following: Heather L. Carlton, Assistant United States Attorney, United States Attorney's Office, 255 W. Main Street, Suite 130, Charlottesville, Virginia 22902, and John Kenneth Zwerling, Esquire, Counsel for the Defendants at Zwerling/Citronberg, PLLC, 114 North Alfred Street, Alexandria, Virginia 22314.

ENTERED this ____12th____ day of November 2015.

_____
Joel C. Hoppe
United States Magistrate Judge